

<div style="text-align:right">
AARON EASLEY
Direct:  (908) 237-1660
aeasley@sessions.legal
</div>

March 28, 2018

**<u>Via ECF Filing</u>**

Honorable Alison J. Nathan
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

>  Re:   *Brian Fischler, Individually and on behalf of all other persons similarly situated v. 180 Tenth Hotel d/b/a The High Line Hotel*
> *Case No. 1:18-cv-01983-AJN*
> **<u>Unopposed Request to Extend Time to Respond to Plaintiff's Complaint</u>**

Dear Judge Nathan:

Defendant, 180 Tenth Hotel, d/b/a The High Line Hotel (the "Hotel"), requests an extension of time to respond to plaintiff's complaint through April 30, 2018. The current deadline to respond to the complaint is March 30, 2018.

On March 7, 2018, Plaintiff, Brian Fischler (plaintiff), served a summons and complaint on the Hotel in connection with this matter.

Undersigned counsel, however, requests additional time to review the file materials, conduct an investigation, and confer with his client in order to draft an appropriate responsive pleading. In addition, the extension will allow the parties the time necessary to engage in meaningful and good-faith settlement negotiations in hopes the parties can reach a mutually agreeable resolution without the Court's involvement.

Plaintiff, through counsel, has agreed to allow the Hotel an extension of time through and including April 30, 2018 to respond to the complaint.

Because the initial Pre-Trial Conference is not scheduled until June 29, 2018, this extension request will permit the Parties to focus on settlement of the case during this time.

<div style="margin-left:50%">
Respectfully submitted,

/s/: Aaron Easley
Counsel for Defendant
</div>

**SESSIONS FISHMAN NATHAN & ISRAEL**
ATTORNEYS AT LAW

Request to Extend Answer to Complaint
March 28, 2018 – Page 2

## CERTIFICATE OF SERVICE

I certify that on this 28th day of March 2018, a copy of the foregoing was sent to the parties of record including Plaintiffs' counsel as described below via ECF filing.

Douglas B. Lipsky, Esquire
630 Third Avenue, 5th floor
New York, NY 10017
doug@lipskylowe.com

/s/ : Aaron Easley
*Counsel for Defendant*